```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18911
   ANTWEUN L JACKSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5931


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/12/2007 and was not confirmed.

     The case was dismissed without confirmation 12/03/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED            .00          .00
OPTION ONE MORTGAGE CORP  CURRENT MORTG       .00             .00          .00
OPTION ONE MORTGAGE CORP  SECURED NOT I       .00             .00          .00
AMERICAS SERVICEING COMP  CURRENT MORTG       .00             .00          .00
CHICAGO FIRE OFFICERS AS  SECURED VEHIC       .00             .00          .00
CHICAGO FIRE OFFICERS AS  UNSECURED      NOT FILED            .00          .00
US BANK NA                NOTICE ONLY    NOT FILED            .00          .00
GMAC MORTGAGE             CURRENT MORTG       .00             .00          .00
HSBC BANK USA             NOTICE ONLY    NOT FILED            .00          .00
GMAC MORTGAGE             MORTGAGE ARRE   2500.00             .00          .00
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED            .00          .00
LITTON LOAN SERVICING LP  CURRENT MORTG       .00             .00          .00
LITTON LOAN SERVICING LP  UNSECURED      NOT FILED            .00          .00
OCWEN FEDERAL BANK        CURRENT MORTG       .00             .00          .00
OCWEN FEDERAL BANK        MORTGAGE ARRE  15336.59             .00          .00
OCWEN FEDERAL BANK        CURRENT MORTG       .00             .00          .00
OCWEN FEDERAL BANK        SECURED NOT I   4727.69             .00          .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG       .00             .00          .00
SELECT PORTFOLIO SERVICI  UNSECURED      NOT FILED            .00          .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG       .00             .00          .00
SELECT PORTFOLIO SERVICI  UNSECURED      NOT FILED            .00          .00
WASHINGTON MUTUAL         CURRENT MORTG       .00             .00          .00
BENEFICIAL/HOUSEHOLD FIN  UNSECURED      NOT FILED            .00          .00
CHASE CREDIT CARDS        UNSECURED      NOT FILED            .00          .00
CHICAGO FIRE OFFICERS AS  UNSECURED      NOT FILED            .00          .00
CHICAGO FIRE FIGHTERS C   UNSECURED      NOT FILED            .00          .00
CHICAGO FIREMANS ASSOC C  UNSECURED      NOT FILED            .00          .00
CITIBANK USA              UNSECURED      NOT FILED            .00          .00
H&F LAW                   UNSECURED      NOT FILED            .00          .00
MONTEREY COLLECTIONS      UNSECURED      NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED       1355.69             .00          .00
AMERICAS SERVICING COMPA  SECURED NOT I  14454.75             .00          .00
WELLS FARGO FINANCIAL IL  SECURED NOT I   2108.00             .00          .00
JEFFREY D THAV            DEBTOR ATTY    3,104.00                          .00
TOM VAUGHN                TRUSTEE                                          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18911 ANTWEUN L JACKSON
```

```
DEBTOR REFUND             REFUND                                            .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                          --------------      --------------
TOTALS                          .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
     Dated: 03/26/08                   _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 18911 ANTWEUN L JACKSON